IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ABIGAIL QUINN, as Special Administrator of the Estate of LANCE JONES, deceased, | ) ) ) ) ) ) | Civil Action No. 1:14-cv-3260<br><br>Honorable Judge Colin S. Bruce |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY, ILLINOIS and UNKNOWN NURSE, DR. SAM GAINES UNKNOWN, PRISON GUARD 1, PRISON GUARD 2, PRISON GUARD 3, | ) ) ) ) ) ) | |
| Defendants | ) ) | |

## DECLARATION

Under oath and subject to the penalties of perjury, I hereby declare on my own knowledge and belief that:

1. My name is Derik King, M.D.

2. I am a physician who is board certified Emergency Medicine.

3. I am the Managing Partner of Central Illinois Emergency Physicians, LLP (hereinafter "CIEP"). CIEP is a Michigan limited liability partnership that is registered to do business in Illinois. CIEP consists of a group of emergency physicians who staff particular emergency departments.

4. CIEP entered into a contract with St. John's Hospital in Springfield, IL to staff St. John's Hospital with emergency physicians. A copy of the contract is attached hereto as Exhibit B.



EXHIBIT
5

5. CIEP has no contract with Sangamon County or the Sangamon County Jail. CIEP does not perform any services at the Sangamon County Jail. CIEP has no "on call" status at the Sangamon County Jail.

6. CIEP only had a contract with St. John's Hospital to staff St. John's Emergency Department with emergency physicians in 2013.

7. Dr. Gaines was one of several emergency physician partners who worked in the Emergency Department of St. John's Hospital through CIEP.

8. At no time did Dr. Gaines ever evaluate, diagnose or treat a patient at the Sangamon County Jail as a limited partner with CIEP.

Further the affiant sayeth not.

_____
DERIK K. KING, M.D., FACEP

Subscribed and Sworn to before me this 22 day of December, 2014 Feb,
_____
Notary Public

MARK A. BURNHEIMER
NOTARY PUBLIC, STATE OF MI
COUNTY OF LEELANAU
MY COMMISSION EXPIRES Feb 21, 2018
ACTING IN COUNTY OF GRAND TRAVERSE