IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| ABIGAIL QUINN, as Special Administrator of the Estate of Lance Jones, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NEIL WILLIAMSON, SANGAMON COUNTY ILLINOIS, DR. SAM GAINES, UNKNOWN NURSE, UNKNOWN PRISON GUARD 1, UNKNOWN PRISON GUARD 2, and UNKNOWN PRISON GUARD 3,<br><br>Defendants. | Law No. 14-cv-03260-CSB-DGB |

## DEFENDANT'S RESPONSE
## TO PLAINTIFF'S REQUEST FOR PRODUCTION

**Now** comes DEFENDANT NEIL WILLIAMSON, in his official capacity, by and through their attorneys, Heyl, Royster, Voelker & Allen, Ltd. and responds to Plaintiff's Request for Production as follows:

1. All contracts, amendments and attachments to said contracts between Sangamon County and any independent healthcare providers including but not limited to St. Johns hospital, relating to the care or treatment of patients onsite or transferred from Sangamon County Jail.

**See the attached contract between ACH Healthcare and County Jail. (Bates # ACH Medical Agreement 1-16)**

2.	Copies of all Sangamon County Jail policies, procedures, rules and regulations, pertaining to the administration of medical care for a detainee in the Sangamon County Jail; including but not limited to all documents pertaining to on or off site medical services, which were in effect in June of 2013.

**See copy of the Sangamon County Jail Inmate rules and regulations concerning medical care, attached hereto. (2006 revision) (Bates # SIRRI 1-39)**

**See copy of the Sangamon County Jail Procedure, Ch. 12 pertaining to Medical and Health Care services (2004) (Bates # Sangamon Policy and Procedures 1-34)**

3.	Copies of all Sangamon County Jail policies, procedures, rules and regulations, pertaining to the administration of emergency medical service for a detainee in the Sangamon County Jail; including but not limited to all documents pertaining the dissemination, processing, filing, and payment of said emergency service, which was in effect in June of 2013.

**See Response to #2, above**

4.	Copies of all Sangamon County Jail policies, procedures, rules and regulations, pertaining to the means whereby a detainee in the Sangamon County Department of Corrections can request medical care; including but not limited to all documents pertaining the dissemination, processing, filing, and response to said requests, which was in effect in June of 2013.

**See Response to #2, above**

5. Copies of all Sangamon County Jail policies, procedures, rules and regulations, pertaining to the dispensing of prescribed medication, referrals to specialists or follow up appointments ordered after medical treatment of a detainee, which was in effect in June of 2013.

**See Response to #2, above**

6. Copies of all reports, documents, statements, requests forms for medical attention or otherwise in the possession of Sangamon County Jail made by Lance Jones, Eddie Jones or other inmates relating to Plaintiff descendent Lance Jones during his time incarcerated at Sangamon County Jail in 2013; including but not limited to the time period after his release from the emergency room on June 15, 2013 until his death. **Any requests for medical attention sought after by Lance Jones is contained within the medical records which are contained in and attached to Defendants' Response to Plaintiff's Medical Request for Production. Eddie Jones and other inmates' medical records are covered under HIPPA.**

7. Any and all reports or other documents concerning any investigation conducted by the Sangamon County Jail, or any law enforcement agency, concerning the death of LANCE JONES, and his medical condition following his death at Sangamon County Jail in

June 2013, including but not limited to: (a) Any and all reports or statements by correctional officers or other individuals involved in the care of LANCE JONES; (b) Any and all reports or statements of other witnesses to the events described in the complaint in this case; and (c) All witness statements made in connection with any investigation of plaintiff's death (d) (e) All medical examiners reports.

**The jail staff would not have conducted its own investigation surrounding the death of Mr. Jones. Any investigation done would have been performed by the coroner or Detective Bureau. Any records we have would relate to Mr. Jones medical complaints and our officer's incident reports associated with Mr. Jones being taken to the hospital and then after his death. See the attached records regarding Mr. Jones. (Bates - Sangamon County Sheriff's Office Evidence Inventory Log #1-7)**

8. Any and all documents relating to policies or procedures of the Sangamon County Jail or relevant health care provider for Sangamon County detainees relating to: (a) Processing requests for medical care by inmates in the Sangamon County Jail; (b) Evaluating or prioritizing requests for medical care by inmates in the Sangamon County Jail; (c) Setting or mandating time frames or time limits in responding to requests for medical care by inmates in the Sangamon County Jail;

**See Response to #2, above**

9. All tier roster sheets identifying the names and identities of other inmates from LANCE JONES'S tier during the period from June 15, 2013 until the time of his death.

**See attached Bates # Jail Housing 1-2)**

10. Employee Roster for deputy's assigned to LANCE JONES tier from June 15, 2013 until the time of his death.

**See the attached records which indicate Officers working on the dates in question. (Bates # Corrections Officers Daily 1-33) complete roster for that time period.**

11. Employee Roster and/or names of attending nurses and personnel handing out medication on June 15, 2013 through June 25, 2013. 12. Copies of all correspondence, including, but not limited to, emails, written notes, memorandum, text messages, voicemails, or electronic messages or any kind, by any jail personnel, nurses or medical care professionals involving or referencing Lance Jones from June 15, 2013 through June 28, 2013.

**See attached, (Bates # ACH 1.)**

NEIL WILLIAMSON, Defendants

*Theresa Powell*

THERESA M. POWELL
IL ARDC #: 6230402
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
P. O. Box 9678
Springfield, IL 62791-9678
Phone: 217.522.8822, Ext. 222
Fax:   217.523.3902
Email: tpowell@heylroyster.com