```
DATE: 06/16/13 @ 0105        St. John's Springfield EDM LIVE
USER: APERKTIF                    ED Patient Record

RPT: EDYNCHT   Location: ED      ED Room:              Acct No: Y00001107519
Patient: JONES,LANCE S           Age/Sex: 36/M        Unit No: MA01247496
ED Provider: GAINES,SAM, MD      DOB: 07/30/1976      Facility: SJS
```

### Demographic

#1 SHERIFFS PLAZA
SPRINGFIELD, IL 62703
(217)753-6666
Insurance: LOCAL CORRECTIONAL FACILITIES
Next of Kin: CRAWFORD,CARMALIA
 Relation: OTHER RELATIONSHIP
 Phone: (217)753-6666

PCP: UNKNOWN,PRIMARY CARE PHYS
Family Doctor:
Referring:

### General Data

ED Physician: GAINES,SAM, MD, PHYS
Practitioner:
Nurse: Alyson Stastny, RN

Arrival Date/Time: 06/15/13 - 0939
Triage Date/Time: 06/15/13 - 0940
Date of Birth: 07/30/1976

Stated Complaint: CP
Chief Complaint: Chest Pain
Status Event History:
    06/15/13  0940 Triaged
              1000 Patient in assigned location
              1112 In Stress Lab
              1344 Patient Returned to Room
              1443 New Orders for Transcription
              1444 Patient in assigned location
              1507 Patient ready for discharge
              1518 Bed is Dirty
              1522 Bed is Clean
              1522 Remove pat. from all trackers

Priority: 3

### Allergies & Adverse Reactions

Allergies:
No Known Allergies

### Vital Signs

| Date/Time | Temperature (Celsius) | Pulse Rate | Resp Rate | Systolic | Diastolic | User |
|---|---|---|---|---|---|---|
| 06/15/13 0943 | 36.6 | 73 | 19 | 143 | 95 | APERKTIF, RN |
| 06/15/13 1032 | | 61 | 16 | 132 | 66 | ABUCHHEA, RN |
| 06/15/13 1110 | | 65 | 16 | 126 | 68 | ABUCHHEA, RN |
| 06/15/13 1354 | | 75 | 18 | 138 | 77 | ASTASALY, RN |

| Date/Time | O2 Sat by Pulse Oximetry | User |
|---|---|---|
| 06/15/13 0943 | 100 | APERKTIF, RN |
| 06/15/13 1032 | 98 | ABUCHHEA, RN |
| 06/15/13 1110 | 100 | ABUCHHEA, RN |
| 06/15/13 1354 | | ASTASALY, RN |
| 06/15/13 1354 | 98 | ASTASALY, RN |

### Assessments

*Tiffany I Perkins, RN*

<u>06/15/13  0940    Triage Assessment</u>
Subjective.

Patient: JONES,LANCE S

EXHIBIT
C

```
DATE: 06/16/13 @ 0105          St. John's Springfield EDM LIVE                    PAGE 2
USER: APERKTIF                      ED Patient Record

RPT: EDYNCHT    Location: ED         ED Room:              Acct No: Y00001107519
Patient: JONES LANCE S              Age/Sex: 36/M          Unit No: MA01247496
ED Provider: GAINES SAM, MD          DOB: 07/30/1976       Facility: SJS
```

Complaint Related Notes  PT PRESENTS BY AMBULANCE FROM THE COUNTY JAIL. PT STATES HE WOKE UP
AROUND WITH CHEST PAIN. MEDICS STATE THEY WERE TOLD PT WAS
DIAPHORETIC UPON JAIL STAFF ARRIVAL. MEDIC STATES THEY HAVE HIM ASA
X4 AND 1 NITRO. STATES THE OXYGEN TOOK HIS PAIN FROM A 10/10 TO A
6/10 AND THE NITRO TOOK HIS PAIN DOWN TO A 3/10. EKG ENROUTE SHOWED
SR. C/O SOB & NAUSEA

Complaint or Evidence of Pain or Distress Y
**Objective:**
Level of Consciousness Alert, Awake
Orientation Oriented x3
Patient Behavior Appropriate
Skin Temperature Warm
Skin Color Race Appropriate
Skin Moisture Dry
Respiratory Effort Non-Labored
Respiratory Pattern Regular
Ambulation Ability Acutely Non-ambulatory
Speech Clear
**Other:**
Accompanied By EMS Personnel

*Tiffany L Perkins, RN*

**06/15/13  0940   Pain Assessment**
**Pain Presence:**
Complaint or Evidence of Pain or Distress Y
**Pain Record:**
Location Modifier Middle
Pain Location Chest
Current Intensity 3
Pain Scale Used Number Scale

*Tiffany L Perkins, RN*

**06/15/13  0943   Height/Weight (Metric)**
**Height:**
Height (Centimeters) 172.7
**Weight:**
Weight (Kilograms) 110.9
Weight (Calculated Grams) 110900.0
Type of Scale Used to Obtain Weight Stated
**Pregnancy & Lactation Information:**
Pregnant Now N
History of Pregnancy Within Last 3 Months N
Currently Lactating N

*Tiffany L Perkins, RN*

**06/15/13  0943   Vital Signs-Adult**
**Temperature:**
Temperature (Celsius) 36.6
Temperature (Calculated Celsius) 36.60
Source Oral
**Pulse:**
Pulse Rate 73
Rhythm Regular
Method Monitor
**Respirations:**
Resp Rate 19
**Blood Pressure/Orthostatic Pulse:**
Location Right Arm

Patient: JONES LANCE S

```
DATE: 06/16/13 @ 0105        St. John's Springfield EDM LIVE              PAGE 3
USER: APERKTIF                      ED Patient Record

RPT: EDYNCH1    Location: ED       ED Room:              Acct No: Y00001102519
Patient: JONES, LANCE S            Age/Sex: 36/M         Unit No: MA01247496
ED Provider: GAINES SAM, MD        DOB: 07/30/1976       Facility: SJS
```

Systolic 143
Diastolic 95
Mean 111
Source Automatic Cuff
Position Lying
**Oxygen Delivery:**
Oxygen Delivery Method Nasal Cannula
Supplemental O2 2 Liters
O2 Sat by Pulse Oximetry 100
SpO2 Episode Continuous Monitoring

*06/15/13  0944     History, Comprehensive*                    *Tiffany L Perkins, RN*
**Neuro History:**
History Neurological Problems Y
   Neurological History Traumatic Brain Injury
   Neuro Comment GSW TO HEAD 20 YEARS AGO
**Fall History:**
Any Fall History in Last 6 Months N
**Cardiovascular History:**
History of Cardiovascular Disease N
**Respiratory History:**
History of Respiratory Problems N
**Gastrointestinal History:**
History of GI Disorders Y
   Gastrointestinal History Gall Bladder Disease, Inflammatory Bowel Diseas
   Gastrointestinal History Comment GALLBLADDER REMOVED 2009
**Genitourinary History:**
History of GU Problems N
**Musculoskeletal History:**
History of Musculoskeletal Problems N
**Skin History:**
History of Skin Problems Y
   Skin Problems Tattoos
**HEENT History:**
History of HEENT Problems N
**Endocrine History:**
History of Endocrine Problems N
**Abuse History:**
History of Abuse N
**Smoking History:**
History of Tobacco Use Y
   History of Tobacco Use in the Past Year Y
   History of Tobacco Use in Past 30 Days N
   Current Tobacco Use Cigarettes
   Tobacco Use History Cigarettes
**Psychosocial History:**
Psychosocial History N
**Drug History:**
History of Drug Use N
**Infectious Disease History:**
History of Infectious Disease N
**Autoimmune History:**
History of Immune Problems Y
   Immune History HIV
**Hematologic History:**

Patient: JONES, LANCE S

```
DATE: 06/16/13 @ 0105         St. John's Springfield EDM LIVE              PAGE 4
USER: APERKTIF                     ED Patient Record

RPT: EDYNCHT   Location: ED       ED Room:                Acct No: Y00001107519
Patient: JONES, LANCE S           Age/Sex: 36/M           Unit No: MA01247496
ED Provider: GAINES, SAM MD       DOB: 07/30/1976         Facility: SJS
```

History of Blood Problems N
Cancer History:
History of Cancer N
Female/Male Problems:
Male/Female Problem N
Family Health History:
History of Family Health Problems Y
   Family Health History Cancer, Cardiac Disorders

*Heather N Buchanan, RN*

06/15/13   1002   *ED Required Screening*
Advanced Directive:
Do You Have an Advance Directive No
Do You Have a Copy of your Advance Directive with You No
Do You Want to Complete an Advance Directive No
Abuse Screening:
Current Abuse N
ED Nutrition Screening:
Without trying, Lost/Gained 10 Pounds in last 3 months N
On a special diet and does not understand the diet N
Fall History Screening:
History of Fall in Last 3 Months N
Altered Mental Satus, ETOH, Dizzy, Confused N
Unsteady Gait, Injury, Use of Assist Device N
Fall Risk N
Suicide Risk Screening:
Is There Anything You Feel Hopeless Or Helpless About N
Are You Having Thoughts Today Of Wanting To Harm Yourself N
Have You Had Thoughts Of Harming Yourself In The Last Week N
Barriers to Learning:
Barriers to Learning None

*Heather N Buchanan, RN*

06/15/13   1002   *Safety Measures*
Safety:
Safety Measures Call Light Within Reach, Patient Checked
Bed Settings Rails Up x 2
Wrist Band Alerts ID Band
Rounding Activity:
Rounding Activities Completed

*Heather N Buchanan, RN*

06/15/13   1030   *Pain Assessment*
Pain Presence:
Complaint or Evidence of Pain or Distress Y
Pain Record:
Location Modifier Middle
Pain Location Chest
Current Intensity 1
Pain Scale Used Number Scale

*Heather N Buchanan, RN*

06/15/13   1030   *General Reassessment*
Objective:
Level of Consciousness Alert
Orientation Oriented x3
Patient Behavior Appropriate, Calm, Cooperative
Skin Temperature Warm
Skin Color Race Appropriate

Patient: JONES, LANCE S

```
DATE: 06/16/13 @ 0105          St. John's Springfield EDM LIVE                PAGE 5
USER: APERKTIF                      ED Patient Record

RFT: EDYNCHT    Location: ED        ED Room:              Acct No: Y00001107519
Patient: JONES, LANCE S             Age/Sex: 36/M         Unit No: MA01247496
ED Provider: GAINES, SAM MD         DOB: 07/30/1976       Facility: SJS
```

Skin Moisture Dry
Respiratory Effort Non-Labored
Respiratory Pattern Regular
Ambulation Ability Ambulatory
Gait Steady Gait
Speech Clear
Additional Notes:
Additional Notes PT RESTING ON STRETCHER AT TIME WITH EYES CLOSED. RESP EASY AND UNLABORED
          AT TIME. LUNG SOUNDS CLEAR BIL. PT EASILY AROUSED TO VOICE. SANGOMON
          COUNTY JAIL GUARD AT BEDSIDE. PT UPDATED ON PLAN OF CARE. WILL CONT TO
          MONITOR.

                                                                Heather N Buchanan, RN

06/15/13  1032    Vital Signs-Adult
Pulse:
Pulse Rate 61
Rhythm Regular
Pulse Location Apical
Method Monitor
Respirations:
Resp Rate 16
Blood Pressure/Orthostatic Pulse:
Location Left Arm
Systolic 132
Diastolic 66
Mean 88
Source Automatic Cuff
Position Sitting
Oxygen Delivery:
Oxygen Delivery Method Nasal Cannula
O2 Sat by Pulse Oximetry 98
SpO2 Episode Continuous Monitoring

                                                                Heather N Buchanan, RN

06/15/13  1110    Vital Signs-Adult
Temperature:
Pulse:
Pulse Rate 65
Rhythm Regular
Pulse Location Apical
Method Monitor
Respirations:
Resp Rate 16
Blood Pressure/Orthostatic Pulse:
Location Left Arm
Systolic 126
Diastolic 68
Mean 87
Source Automatic Cuff
Position Sitting
Oxygen Delivery:
Oxygen Delivery Method Nasal Cannula
Supplemental O2 2 Liters
O2 Sat by Pulse Oximetry 100
SpO2 Episode Continuous Monitoring

Patient: JONES, LANCE S

```
DATE: 06/16/13 @ 0105            St. John's Springfield EDM LIVE                    PAGE 6
USER: APERKTIF                        ED Patient Record

RPT: EDYNCHT    Location: ED        ED Room:                    Acct No: Y00001107519
Patient: JONES, LANCE S             Age/Sex: 36/M               Unit No: MA01247496
ED Provider: GAINES, SAM, MD        DOB: 07/30/1976             Facility: SJS
```

---

06/15/13  1129     Provider Note                                  Alyson Stastny, RN
**Provider Note:**
Provider Note assumed care of pt at this time recieved report from h. buchanan, rn. PT IN
STRESS TEST AT THIS TIME.

06/15/13  1354     Education Record                               Alyson Stastny, RN
**Education Topic:**
Education Topic Safety
Method Verbal Instruction
Education CALLBELL
Recipient Patient
Ready to Learn Y
Barriers to Learning None
Response to Teaching Asks Questions, Verbalizes Understanding

06/15/13  1354     Pain Assessment                                Alyson Stastny, RN
**Pain Presence:**
Complaint or Evidence of Pain or Distress N
**Pain Record:**
Location Modifier Middle
Pain Location Chest

06/15/13  1354     Safety Measures                                Alyson Stastny, RN
**Safety:**
Safety Measures Call Light Within Reach, Close to Nursing Station, Frequent Observation,
       Patient Checked
Bed Settings Bed in Low Position, Bed Locked, Rails Up x 2
Wrist Band Alerts ID Band
Safety Comments GUARD AT BEDSIDE
**Rounding Activity:**
Rounding Activities Completed

06/15/13  1354     Vital Signs-Adult                              Alyson Stastny, RN
**Pulse:**
Pulse Rate 75
Method Oximeter
**Respirations:**
Resp Rate 18
**Blood Pressure/Orthostatic Pulse:**
Location Left Arm
Systolic 138
Diastolic 77
Mean 97
Source Automatic Cuff
Position Lying
**Oxygen Delivery(#1):**
Oxygen Delivery Method Nasal Cannula
**Oxygen Delivery(#2):**
Oxygen Delivery Method Room Air
Supplemental O2 None
O2 Sat by Pulse Oximetry 98
SpO2 Episode Spot Check

06/15/13  1403     General Reassessment                           Alyson Stastny, RN
**Subjective Status:**

Patient: JONES, LANCE S

```
DATE: 06/16/13 @ 0105        St. John's Springfield EDM LIVE              PAGE 7
USER: APERKTIF                      ED Patient Record

RPT: EDYNCHI    Location ED         ED Room              Acct No: Y00001107519
Patient: JONES LANCE S              Age/Sex: 36/M        Unit No: MA01247498
ED Provider: GAINES SAM MD          DOB: 07/30/1976      Facility: SJS
```

Patient Complaint or Concerns Denies
Patient Currently Waiting For STRESS TEST RESULTS
Complaint or Evidence of Pain or Distress N
**Objective:**
Level of Consciousness Alert, Awake, Follows Commands
Orientation Oriented x3
Patient Behavior Appropriate, Calm, Cooperative
Skin Temperature Warm
Skin Color Race Appropriate
Skin Moisture Dry
Respiratory Effort Non-Labored, Without Oxygen
Respiratory Pattern Regular
Ambulation Ability Ambulatory
Gait Steady Gait
Speech Clear, Appropriate
**Additional Notes:**
Additional Notes  PT RESTING ON STRETCHER WITH CORRECTIONAL OFFICER AT BEDSIDE. PT DENIES
                  ANY NEEDS OR PAIN AT THIS TIME. PT UPDATED THAT WE ARE JUST WAITING FOR
                  STRESS TEST RESULTS. CALLBELL WITHIN REACH. SIDERAILS UP X2. WILL CONTINUE
                  TO MONIOR. VSS. NO DISTRESS NOTED

                                                               *Alyson Stastny, RN*

**06/15/13  1517    Discharge Record**
**Discharge:**
Discharged To Comment SANGAMON COUNTY JAIL
Discharged Via Ambulation
Accepting Specialty SANGAMON COUNTY
Summary of Care Provided N
Accompanied By Law Enforcement
Belongings at Discharge Law Enforcement
Given to Patient/SO Discharge Instructions
Discharge/Medication Instructions Given To Patient, Law Enforcement
Verbalized Understanding Y
Comment WRITTEN AND VERBAL UNDERSTANDING

### Home Medications

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| Ranitidine Tab (RANITIDINE HCL)  150 MG TAB<br>150 MG PO TWICE A DAY 10 Days | Rx | 06/15/13 | GAINSAM | 06/15/13 |
| Acetaminophen/Codeine Tab #3 300-30 Mg (TYLENOL/CODEINE<br>#3)  1 EA TAB<br>1 - 2 TABS PO Q4H As needed | Reported | | | 04/25/10 |
| Efavirenz/Emtricitab/Tenofovir (Atripla)  1 TAB TABLET<br>1 TAB PO BEDTIME | Reported | | | 06/15/13 |

### Prescriptions (this visit)

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| Ranitidine Tab (RANITIDINE HCL)  150 MG TAB<br>150 MG PO TWICE A DAY 10 Days | Rx | 06/15/13 | GAINSAM | 06/15/13 |

### MAR Meds

Patient: JONES, LANCE S

```
                                                                           PAGE  8
 DATE: 06/16/13 @ 0105        St. John's Springfield EDM LIVE
 USER: APERKTIF                    ED Patient Record
                                                              Acct No. V00001107519
 RPT: EDYNCHT   Location: ED        ED Room                   Unit No. MA01247496
 Patient: JONES,LANCE S             Age/Sex: 36/M             Facility: SJS
 ED Provider: GAINES,SAM, MD        DOB: 07/30/1976
```

| Medication | | | | |
|---|---|---|---|---|
| | Sch Date-Time   Ordered Dose   Admin Dose | | | |
| | Doc Date-Time   Given - Reason | | Site | User |

NITROGLYCERIN 0.4 MG SUBL TAB #25 Q5M/PRN/SL
```
                          0.4 MG            0.4 MG                    Heather N Buchanan
         06/15/13-1020    Y
         Blood Pressure Systolic: 144
         Blood Pressure Diastolic: 63
         Pulse Rate: 66
         Cardiac Pain: 3
         Response to Pain Interventions:
           3
```

SODIUM CHLORIDE 0.9% FLUSH 10 ML SYR AS DIRECTED/PRN/IVFLUSH
```
                          10 ML             10 ML                     Alyson Stastny
         06/15/13-1352    Y
                          10 ML             10 ML                     Alyson Stastny
         06/15/13-1454    Y
```

PANTOPRAZOLE 40 MG VIAL ONCE/ONE/IVP
```
         06/15/13-1500    40 MG             40 MG                     Alyson Stastny
         06/15/13-1454    Y
         Infusion Location: R. Antecubital
         Intravenous: Push
```

ALUM/MAG/SIMETH SUSPENSION 30 ML CUP ONCE/ONE/PO
```
         06/15/13-1500    30 ML             30 ML                     Alyson Stastny
         06/15/13-1454    Y
```

                              Immunizations

| VACCINE | DATE | G/N REASON | VAC LOT NUMBER | EXP DATE | DOSE | UNTS | INJ SITE |
|---|---|---|---|---|---|---|---|

**Orders Summary**

| Ordered | | Cat | Procedure | Status | Ordering Provider | Signed |
|---|---|---|---|---|---|---|
| 06/15/13 | 1050 | CAR | CV Treadmill Echo | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | CAR | CV EKG 12 Lead In Emergency | Resulted | GAINES,SAM, MD | N/A |
| 06/15/13 | 1111 | CAR | CV EKG 12 Lead In Emergency | Resulted | GAINES,SAM, MD | N/A |
| 06/15/13 | 1236 | CAR | CV Stress Echo Cont Dop Colo | Resulted | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | ED | CARDIAC MONITOR | Transmitted | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | ED | O2 SAT (ACTIVITY/AT REST) | Transmitted | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | ED | OXYGEN | Transmitted | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | ED | IV INSERTION | Transmitted | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | ED | DRAW BLOOD FOR DIAGNOSTICS | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | CBC W Differential | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | ED Basic Metabolic Prof | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | Creatine Kinase (CK) (CPK) | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | CKMB Profile | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | Troponin I | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | Protime (PT / INR) | Complete | GAINES,SAM, MD | N/A |
| 06/15/13 | 0953 | LAB | Partial Thromboplas Time (PT | Complete | GAINES,SAM, MD | N/A |

Patient: JONES,LANCE S

```
DATE: 06/16/13 @ 0105          St. John's Springfield EDM LIVE              PAGE 9
USER: APERKTIF                      ED Patient Record
```

| | | | | | Acct No: Y00001I07519 |
|---|---|---|---|---|---|
| RPT: EDYNCHT | Location: ED | | ED Room: | | Unit No: MA01247496 |
| Patient: JONES, LANCE S | | | Age/Sex: 36/M | | Facility: SJS |
| ED Provider: GAINES, SAM, MD | | | DOB: 07/30/1976 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/15/13 | 0953 | LAB | D-Dimer Quantitative | Complete | GAINES, SAM, MD | N/A |
| 06/15/13 | 0953 | PHA | NITROSTAT | Complete | GAINES, SAM, MD | N/A |
| 06/15/13 | 0953 | PHA | SALINE FLUSH 10 ML | Complete | | N/A |
| 06/15/13 | 1014 | PHA | NITROSTAT | Complete | | N/A |
| 06/15/13 | 1014 | PHA | ASPIRIN CHEWABLE TABLET | Complete | | N/A |
| 06/15/13 | 1230 | PHA | DEFINITY | Complete | | N/A |
| 06/15/13 | 1442 | PHA | PROTONIX | Complete | GAINES, SAM, MD | N/A |
| 06/15/13 | 1442 | PHA | MAG-AL PLUS XS SUSPENSION | Complete | GAINES, SAM, MD | N/A |
| 06/15/13 | 0953 | XRA | XR Chest 1 View Portable | Resulted | GAINES, SAM, MD | N/A |

### Treatments

*Heather N Buchanan, RN*
*06/15/13  0940    IV Access*
**IV Insertion Line and Site Care:** Line Location Modifier Left; IV Site Location Antecubital; Procedure Initiate Access; Line Type / Description Periph Line; Catheter Size 18 gauge; IV Patency Blood Return; IV Line/Site Observation No Redness, Non-Tender; IV Dressing/Splint Clean, Dry, Intact

*Heather N Buchanan, RN*
*06/15/13  0940    Cardiac Monitor*
**Cardiac Monitoring:** Episode Type Patient Placed on Monitor; Cardiac Rhythm Sinus Bradycardia; Ectopy and Rhythm Modifier No Ectopy; **Plan of Care:** Plan of Care Continue Monitoring

*Heather N Buchanan, RN*
*06/15/13  0940    Oxygen*
**Oxygen:** Initial Oxygen Set-up Yes; Oxygen Delivery Method Nasal Cannula; Oxygen Status Started; Liters 2

*Heather N Buchanan, RN*
*06/15/13  0940    Oxygen Saturation*
**Oxygen Saturation Assessment:** Saturation Assessed While at Rest; SpO2 100; Supplemental O2 2 Liters; **Additional Notes:** Procedure tolerated well by patient Y

*SAM GAINES, PHYS*
*06/15/13  0944    Exam by Provider*

*Nicole I Michel*
*06/15/13  0954    12 Lead EKG done*

*Bruce G Skiles*
*06/15/13  1006    Blood Draw for Labs*
**Blood Draw:** Blood Draw Venipuncture Performed

*Nicole I Michel*
*06/15/13  1059    12 Lead EKG done*

*Heather N Buchanan, RN*
*06/15/13  1113    Transported to Stress Lab*
**Transport Note:** Transported Via Stretcher; Accompanied by Law Enforcement; Equipment Oxygen

*Rebecca A Sutton*
*06/15/13  1344    Patient Back in ED*

*Alyson Stastny, RN*
*06/15/13  1518    IV Access*
**IV Insertion Line and Site Care:** Line Location Modifier Left; IV Site Location Antecubital; Procedure Discontinue Site; Catheter Size 20 gauge; IV Line/Site Observation No Redness, Non-Tender, Catheter Intact; IV Dressing/Splint Dry, Gauze; Patient Complaints Denies Complaints; IV Interventions / Site Care IV Cath Removed Intact, Pressure Dressing; Procedure Tolerated Well by Patient Y

### PCS Interventions

Patient: JONES, LANCE S

```
DATE: 06/16/13 @ 0105            St. John's Springfield EDM LIVE              PAGE 10
USER: APERKTIF                         ED Patient Record

RPT: EDYNGHT    Location: ED          ED Room:              Acct No: Y00001107519
Patient: JONES, LANCE S               Age/Sex: 36/M         Unit No: MA01247496
ED Provider: GAINES, SAM, MD          DOB: 07/30/1976       Facility: SJS
```

~~Departure~~

Primary Impression:
~~Reflux Esophagitis~~
Additional Impressions:
Esophageal Spasm                                  Departure Date/Time: 06/15/13 - 1518
Disposition: 01 HOME, SELF-CARE
Comment:
Condition: IMPROVED AND STABLE

Referrals:
UNKNOWN, PRIMARY CARE PHYS
800 E CARPENTER ST
SPRINGFIELD, IL 62769
Follow-up Plan:
Note:

Pt Instructions: Esophageal Spasm (ED)

Departure Forms: You were treated by:

Additional Instructions:
Follow with your doctor or doctor referral, call for appointment.

If prescribed meds, fill them and take as directed.

return if change or worsen in condition.

take Zantac as prescribed.

no greasy or spicy foods the next 2 days