# SANGAMON COUNTY CLERK
## SPRINGFIELD, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER 2013 0052363 | MEDICAL EXAMINER'S CASE NUMBER 13-1127-C | DATE ISSUED 9/26/2013 |
|---|---|---|

| DECEDENT'S LEGAL NAME | | SEX | DATE OF DEATH |
|---|---|---|---|
| LANCE JONES | | MALE | JUNE 25, 2013 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| SANGAMON | 36 YEARS | JULY 30, 1976 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| SPRINGFIELD | ST JOHNS HOSPITAL |

| PLACE OF DEATH |
|---|
| EMERGENCY ROOM / OUTPATIENT |

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| CHICAGO, IL | 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 | NEVER MARRIED/NEVER IN CIVIL UNION | | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 1 SHERIFF'S PLAZA | | SPRINGFIELD | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| SANGAMON | IL | 62701 | EDDIE JONES | NANNIE M NOT AVAILABLE |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| EDDIE JONES | FATHER | 1 SHERIFF'S PLAZA, SPRINGFIELD, IL, 62701 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | SPRINGFIELD CREMATORY | SPRINGFIELD, IL | JULY 10, 2013 |

| FUNERAL HOME |
|---|
| ELLINGER-KUNZ & PARK FUNERAL HOME, 530 NORTH 5TH STREET, SPRINGFIELD, IL, 62702 |

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| RONNIE MCCORMICK | 034011493 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| CECILIA K TUMULTY | JULY 16, 2013 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): CORONARY ATHEROSCLEROSIS — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: YEARS
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death, but not resulting in the underlying cause given in PART I.
DILATED CARDIOMYOPATHY, OBESITY

| WAS AN AUTOPSY PERFORMED? | YES |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | YES |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|

LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY, SPECIFY

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| | | | JUNE 25, 2013 | 12:44 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| MEDICAL EXAMINER/CORONER | JULY 16, 2013 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| CINDA EDWARDS, 200 SOUTH 9TH STREET, ROOM 203, SPRINGFIELD, IL, 62701 | |



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health

*Joe Aiello*
Joe Aiello, County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE